# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID POINTER; MICHAEL MONDAY;
and MICHAEL HALL, all individually and
on behalf of all others similarly situated          PLAINTIFFS

v.                          4:17-cv-772-DPM

DIRECTV LLC; DAVID MOSES, d/b/a Sky
Connect, Endeavor Communications,
Endeavor Holdings, and Sky High
Communications; MOSES CAPITAL
GROUP LLC; and MOSES HOLDINGS LLC          DEFENDANTS

## INITIAL ORDER FOR *PRO SE* DEFENDANT
## DAVID MOSES

You're defending this lawsuit without a lawyer's help. Even though you're not a lawyer, there are rules and procedures you must follow in this lawsuit.

1.  **Follow All Court Rules.**

You must comply with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Arkansas. These rules are available online at http://www.uscourts.gov/rules-policies/current-rules-practice-procedure and http://www.are.uscourts.gov/court-info/local-rules-and-orders/local-rules. In particular, Local Rule 5.5(c)(2) explains requirements for parties who aren't represented by a lawyer. You must also follow all the procedures and meet all the deadlines in the Court's Final Scheduling Order when one is entered.

- 1 -

- If your address changes, you must promptly notify the Clerk and the other parties in the case.

- You must monitor the progress of this case and defend it diligently.

- You must sign all papers filed with the Court; and each paper you file must include your current address.

## 2. No Right to Appointed Counsel.

This is a civil case. Unlike in a criminal case, you have no right to an appointed lawyer.

## 3. Do Not File Your Discovery Requests.

Discovery requests—like interrogatories and requests for documents—should not be filed with the Court. Instead, discovery requests should be sent to the Plaintiff's lawyer (or directly to the Plaintiff if he or she isn't represented by a lawyer).

## 4. Only Send Documents to the Court in Three Situations.

You may send documents or other evidence to the Court only if (a) they are attached to a motion for summary judgment, (b) they are attached to your response to a motion for summary judgment, or (c) the Court orders you to send documents or other evidence.

## 5. Provide a Witness List Before Trial.

If this case goes to trial, you'll be asked for a witness list as your trial date approaches.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2018