IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID POINTER; MICHAEL MONDAY;
and MICHAEL HALL, all individually and
on behalf of all others similarly situated                    PLAINTIFFS

v.                          No. 4:17-cv-772-DPM

DIRECTV LLC; DAVID MOSES, d/b/a Sky
Connect, Endeavor Communications,
Endeavor Holdings, and Sky High
Communications; MOSES CAPITAL
GROUP LLC; and MOSES HOLDINGS LLC        DEFENDANTS

## ORDER

1. DirecTV has alerted the Court that Moses has filed a voluntary petition for bankruptcy under Chapter 13. № 33. The bankruptcy court's docket confirms the filing. No. 4:18-bk-13201. All claims against Moses are stayed. 11 U.S.C. § 362(a). DirecTV suggests that this development stays the claims against DirecTV, too. The Court directs the Clerk to re-title DirecTV's notice, № 33, as a motion to stay. Plaintiffs must respond by 29 June 2018.

2. In light of Moses's bankruptcy, the one-sided joint report of a discovery dispute, № 32, is denied without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

18 June 2018