IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID POINTER; MICHAEL MONDAY;
and MICHAEL HALL, all individually and
on behalf of all others similarly situated  PLAINTIFFS

v.  No. 4:17-cv-772-DPM

DIRECTV LLC; DAVID MOSES, d/b/a Sky
Connect, Endeavor Communications,
Endeavor Holdings, and Sky High
Communications; MOSES CAPITAL
GROUP LLC; and MOSES HOLDINGS LLC  DEFENDANTS

ORDER

This case has been stalled because of Moses's bankruptcy. The stay has been lifted. № 41. At the May 2018 status conference, the Court ordered Moses to respond to the Plaintiffs' discovery requests by 31 May 2018. № 29 at 24. He hasn't. The one-sided joint report, № 43, is essentially a motion to compel. It's granted for good cause. Moses must answer the discovery requests, and provide his initial disclosures, by 27 August 2018. If he doesn't, the Court will enter an Order requiring Moses to show cause why he shouldn't be sanctioned for non-compliance in discovery. FED. R. CIV. P. 37.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 August 2018