IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID POINTER; MICHAEL MONDAY;
and MICHAEL HALL, all individually and
on behalf of all others similarly situated                  PLAINTIFFS

v.                  No. 4:17-cv-772-DPM

DIRECTV LLC; DAVID MOSES, d/b/a Sky
Connect, Endeavor Communications,
Endeavor Holdings, and Sky High
Communications; MOSES CAPITAL
GROUP LLC; and MOSES HOLDINGS LLC            DEFENDANTS

## ORDER

**1.** DirecTV's motion for extension for time, № 49, is granted. Objection overruled. Response due by 11 September 2018.

**2.** Pointer's motion to file exhibits under seal, № 46, is partly granted and partly denied without prejudice. The Court understands that the proprietary information in the installation guidelines, Exhibit M, could provide significant help to DirecTV's competitors. The Court directs the Clerk to file that document under seal. But, on quick review, the service provider agreements, Exhibits C and D, seem to be standard and unremarkable contractual terms. DirecTV must therefore make a particularized showing (provision by provision) why any part of either of these agreements should be sealed. An understandable preference to keep business dealings private is insufficient to overcome the

public's interest in having the Court's work done in public. *Panhandle Oil and Gas, Inc. v. BHP Billiton Petroleum (Fayetteville) LLC*, No. 4:17-cv-379-DPM, Order № 36. DirecTV must also advise the Court whether these agreements are already in the public domain. DirecTV may file its points about sealing by 14 September 2018. If DirecTV accepts the Court's preliminary ruling, it should so advise by the same date, and the Court will then file Exhibits C and D on the public docket.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2018