IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID POINTER; MICHAEL MONDAY;
and MICHAEL HALL, all individually and
on behalf of all others similarly situated                     PLAINTIFFS

v.                              No. 4:17-cv-772-DPM

DIRECTV LLC; DAVID MOSES, d/b/a Sky
Connect, Endeavor Communications,
Endeavor Holdings, and Sky High
Communications; MOSES CAPITAL
GROUP LLC; and MOSES HOLDINGS LLC          DEFENDANTS

ORDER

1. Response on sealing issues, № 60, much appreciated. Order, № 50, amended. DirecTV's request for the Court and parties to use the redacted 2009 service provider agreement, № 60-1, and the redacted 2016 service provider agreement, № 60-2, for all public purposes in this case is granted. The Clerk must maintain Exhibits C and D to № 47 under seal.

2. Joint report, № 62, noted and appreciated.

3. Motion, № 61, granted. Plaintiffs' reply, № 61-A, deemed filed. Any moving party may file a reply within seven calendar days of the response, *see* № 38.

1

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*19 September 2018*