# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID POINTER; MICHAEL MONDAY;
and MICHAEL HALL, all individually and
on behalf of all others similarly situated                              PLAINTIFFS

v.                          No. 4:17-cv-772-DPM

DIRECTV LLC; DAVID MOSES, d/b/a Sky
Connect, Endeavor Communications,
Endeavor Holdings, and Sky High
Communications; MOSES CAPITAL
GROUP LLC; and MOSES HOLDINGS LLC              DEFENDANTS

## ORDER

Joint status report, № 81, appreciated. Embedded extension requested granted with a caveat. Motion deadline extended to 3 May 2019. Amended Final Scheduling Order, № 42, amended accordingly. The caveat: the motion deadline will not be extended further for settlement talks.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2019