# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID POINTER; MICHAEL MONDAY;
and MICHAEL HALL, all individually and
on behalf of all others similarly situated                    PLAINTIFFS

v.                     No. 4:17-cv-772-DPM

DIRECTV LLC; DAVID MOSES, d/b/a Sky
Connect, Endeavor Communications,
Endeavor Holdings, and Sky High
Communications; MOSES CAPITAL
GROUP LLC; and MOSES HOLDINGS LLC        DEFENDANTS

## ORDER

Moses does not appear to be included in the settlement between the plaintiffs and DirecTV. № 83. And Moses's mail is being returned. № 85. Joint status report on the status of claims against Moses also due by 31 May 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 May 2019