IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID POINTER; MICHAEL MONDAY;
and MICHAEL HALL, all individually and
on behalf of all others similarly situated                      PLAINTIFFS

v.                          No. 4:17-cv-772-DPM

DIRECTV LLC; DAVID MOSES, d/b/a Sky
Connect, Endeavor Communications,
Endeavor Holdings, and Sky High
Communications; MOSES CAPITAL
GROUP LLC; and MOSES HOLDINGS LLC              DEFENDANTS

## ORDER

Motion, № 105, granted. All claims against David Moses and Endeavor Communications are dismissed without prejudice. All of opt-in plaintiffs Bruce Daniel and Dewayne Thompson's claims against all defendants are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2019