# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DAVID POINTER; MICHAEL MONDAY;
and MICHAEL HALL, all individually and
on behalf of all others similarly situated     PLAINTIFFS

v.                 4:17-cv-772-DPM

DIRECTV LLC; MOSES CAPITAL GROUP
LLC; and MOSES HOLDINGS LLC     DEFENDANTS

## ORDER

The Court appreciates the parties' settlement-amounts list, № 112.

Joint report on disbursements due by 13 January 2020.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2019